United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alan Flores, et al., | NO. C 98-20358 JW |
| Plaintiffs, | **ORDER DENYING REQUEST FOR STATUS CONFERENCE** |
| v. | |
| Morgan Hill Unified, et al., | |
| Defendants. | |

This case was dismissed with prejudice pursuant to an Order and Stipulation entered on January 6, 2004. (See Docket Item Nos. 229-230.) Pursuant to the Order, the Court retained exclusive jurisdiction over the action for purposes of resolving any disputes that may arise in the future regarding the Stipulation or the parties' Settlement Agreement. (Id.)

Before the Court is a joint request for a status conference. The parties represent that they wish to update the Court on the progress of the implementation of the Settlement Agreement. However, it is not clear from the parties' request that any dispute has arisen regarding the Stipulation or Settlement Agreement that requires the Court's intervention. Accordingly, the Court DENIES the parties' request.

//

If a dispute has arisen regarding the Stipulation or the Settlement Agreement, the parties shall bring the matter before the Court through motion practice in accordance with the Civil Local Rules.

Dated: April 18, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ann Brick abrick@aclunc.org
Jennifer Middleton jmiddleton@LRBPC.com
Leslie Fran Levy courtmail@boxerlaw.com
Stacey Lynn Wexler invalidaddress@myrealbox.com

**Dated: April 18, 2008**                               **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California